

1885 Saint James Place, 15th Floor
Houston, Texas 77056
713.850.4200

Andrew B. Bender

*abender@andrewsmyers.com*

Board Certified Civil Appellate Law
Texas Board of Legal Specialization

May 19, 2026

Mr. Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, Louisiana 70130-3408
*via CM/ECF*

Re: ***Civelli v. Mulacek*, No. 26-20183**; Disposition of post-judgment motions referenced in Appellees' Motion to Suspend Appeal, Doc. 53.

Dear Mr. Cayce:

On May 13, 2026, Appellees filed a Motion to Suspend Appeal, Doc. 53, explaining that Appellants' three timely post-judgment motions remained pending in the district court, rendering the notice of appeal dormant under Federal Rule of Appellate Procedure 4(a)(4)(B)(i). Appellees committed to advise the Court promptly once the district court disposed of the last of those motions. Appellees do so now.

The district court has now disposed of all three motions:

- Defendants' Motion to Alter or Amend the Judgment (Fed. R. Civ. P. 59(e))—denied by order entered May 14, 2026 (Supp.App.004–005);

- Defendants' Motion for New Trial (Fed. R. Civ. P. 59(a))—denied by order entered May 14, 2026 (Supp.App.006–007); and

- Defendants' Renewed Motion for Judgment as a Matter of Law (Fed. R. Civ. P. 50(b))—denied by order entered May 19, 2026 (Supp.App.008–009).

Appellants' notice of appeal became effective when the district court entered the May 19, 2026 order disposing of the last motion listed in Rule 4(a)(4)(A). *See* Fed. R. App. P. 4(a)(4)(B)(i). Because the appeal is no longer dormant, Appellees' pending Motion to Suspend Appeal, Doc. 53, is moot.

Copies of the three orders are attached for the Court's convenience.

Sincerely,

COUNSEL FOR APPELLEES
CARLO GIUSEPPE CIVELLI;
ASTER CAPITAL S.A. (LTD) PANAMA

**CERTIFICATE OF SERVICE**

I certify that, on May 19, 2026, a true and correct copy of this letter was served via CM/ECF on all counsel of record.

*/s/ Andrew B. Bender*