**GIBSON DUNN**

Allyson N. Ho
T: +1 214.698.3233
F: +1 214.571.2971
aho@gibsondunn.com

May 25, 2026

<u>VIA CM/ECF</u>

Lyle Cayce
Clerk of Court,
United States Court of Appeals for the Fifth Circuit
600 South Maestri Place
New Orleans, Louisiana 70130

Re:    *Carlo Civelli et al. v. Phillip Mulacek et al., No. 26-20183*

Dear Mr. Cayce:

The Mulaceks write to update the motions panel on the status of the automatic stay of execution of judgment under Federal Rule of Civil Procedure 62, and to reiterate their request for urgent action given that the stay of execution currently in place expires ***today, Monday, May 25***. *See* Dkt. 49 at 2, 9, 14 (certifying need for timely ruling).

At a status conference this past Friday, May 22, the Mulaceks orally requested that the district court extend the stay for two days to give this Court an opportunity to rule on the Mulaceks' two pending motions—the Motion to Approve $25 Million Bond, Dkt. 21, and the Motion for Administrative Stay Pending Resolution of Motion to Approve $25 Million Bond, Dkt. 49.

Today, the district court informed the parties via email that it would extend the stay if the Mulaceks promised they could post a bond for the full $210 judgment in the event this Court denies their Motion to Approve $25 Million Bond. The Mulaceks informed the district court that they have been unable to secure a bond for that large an amount despite diligent ongoing efforts.

So the judgment underlying the Mulaceks' pending Motion to Approve $25 Million Bond will become enforceable ***in less than 8 hours***. To avoid unnecessary enforcement proceedings below, the Mulaceks (including their 90-year-old mother) respectfully request that the Court rule on their pending Motion for Administrative Stay ***as soon as possible given the impending execution of judgment***.

Sincerely,

/s/ *Allyson N. Ho*
Allyson N. Ho
*Counsel for Appellants Phillipe Emanuel Mulacek; Michelle Mulacek;*
*Pierre Mulacek; and Mauricette Mulacek*